Certificate Number: 05781-GAS-DE-041165983

Bankruptcy Case Number: 26-60137



05781-GAS-DE-041165983

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2026, at 3:38 o'clock PM PDT, Cedric Jones Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date:   July 3, 2026                    By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President