Certificate Number: 05781-GAS-DE-041190866

Bankruptcy Case Number: 25-40303



05781-GAS-DE-041190866

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2026, at 10:34 o'clock AM PDT, Carla Habedank completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: July 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President